UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| **DONNA OEHLER**, | ) |
| Plaintiff, | ) ) ) |
| | ) No. 2:21-CV-00135 |
| v. | ) ) |
| **ECLIPSE SENIOR LIVING, INC.**, | ) ) ) |
| Defendant. | ) |

### JOINT STATUS REPORT

In response to the Court's Order, DE #122, Defendant Eclipse Senior Living, Inc. and Plaintiff Donna Oehler jointly report as follows:

The Court ordered the parties to provide either an Agreed Order of Dismissal or Joint Status Report by today. While all material terms have been agreed upon, the parties are finalizing Medicare diligence and check allocation across insured and insurer. The parties conservatively estimate another thirty days to reach final resolution.

This the 11th day of March, 2025.

Respectfully submitted,

*/s/ Jessica N. Wimsatt*
Jay Inman
Jessica N. Wimsatt
Littler Mendelson, P.S.C.
300 West Vine Street, Suite 1600
Lexington, KY  40507
Telephone: 859.317.7970
Facsimile: 859.201.1250
jinman@littler.com
jwimsatt@littler.com
*Counsel for Defendant*

4901-1359-2102

/s/ George M. Reul, Jr. (with permission)
Kelly Mulloy Myers
George M. Reul, Jr.
Freking Myers & Reul LLC
600 Vine Street, Ninth Floor
Cincinnati, OH 45202
Telephone: 513.721.1975
Facsimile: 513.651.2570
kmyers@fmr.law
greul@fmr.law
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of March, 2025, the foregoing was electronically filed with the Clerk of the Court using the Court's electronic filing system, which provides notice to all parties.

/s/ Jessica N. Wimsatt
Counsel for Defendant

4901-1359-2102