UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| **DONNA OEHLER,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ECLIPSE SENIOR LIVING, INC.,** )<br>)<br>Defendant. ) | No. 2:21-CV-00135 |

### AGREED ORDER OF DISMISSAL

The parties being in agreement as evidenced by the signatures below, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that each and every claim asserted by Plaintiff Donna Oehler against Defendant Eclipse Senior Living, Inc., is **DISMISSED** with prejudice. Each party shall bear its own respective costs, expenses, and attorneys' fees. This is a final Order.

**IT IS SO ORDERED.**

Dated this 28th day of March, 2025.

Signed By:
Robert E. Wier /s/ REW
United States District Judge

1

4933-3630-4431

Have Seen And Agree:

| | |
|---|---|
| */s/ George M. Reul, Jr. (with permission)* | */s/ Jessica N. Wimsatt* |
| Kelly Mulloy Myers | Jay Inman |
| George M. Reul, Jr. | Jessica N. Wimsatt |
| FREKING MYERS & REUL LLC | LITTLER MENDELSON, P.S.C. |
| 600 Vine Street, Ninth Floor | 300 West Vine Street, Suite 1600 |
| Cincinnati, OH 45202 | Lexington, KY 40507 |
| Telephone: 513.721.1975 | Telephone: 859.317.7970 |
| Facsimile: 513.651.2570 | Facsimile: 859.201.1250 |
| kmyers@fmr.law | jinman@littler.com |
| greul@fmr.law | jwimsatt@littler.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of March, 2025, the foregoing was electronically filed with the Clerk of the Court using the Court's electronic filing system, which provides notice to all parties.

*/s/ Jessica N. Wimsatt*
*Counsel for Defendant*

2

4933-3630-4431